# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry Ted Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 09-CR-4011-BTM |
| Plaintiff ) | |
| vs. ) | **ORDER FOR CONTINUANCE** |
| JACOB FONSECA-GARCIA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Friday, February 19, 2010, at 9:00 a.m. be continued until Friday, March 19, 2010 at 10:30 a.m. The defendant, Jacob Fonseca-Garcia remains in custody and the order accepting plea was entered on November 24, 2009.

**IT IS SO ORDERED.**

DATED: February 10, 2010

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge